IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BOGGS MATERIALS, INC., BOGGS CONTRACTING, INC., and LYNCHES RIVER CONTRACTING, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUMMIT MATERIALS, LLC; AMERICAN MATERIALS COMPANY, LLC; and GEORGIA STONE PRODUCTS, LLC,<br><br>    Defendants. | Civil Action No. 4:22-cv-01151-JD<br><br><br>**DECLARATION OF<br>DUSTIN T. GREENE** |

I, Dustin T. Greene, hereby declare the following:

1.  The facts set forth in this affidavit are made upon personal knowledge for use in the captioned case.

2.  I am over the age of majority, suffering from no known disabilities and am otherwise competent to testify to the matters stated herein.

3.  I certify that Plaintiffs have been informed via letter and e-mail that (a) they may not proceed without counsel, (b) their counsel must be admitted in this district, and (c) they may be held in default or have their claims dismissed if they fail to obtain replacement counsel within a reasonable time.

4.  Plaintiffs were asked whether they will consent to this motion but no consent nor any objection to the request to withdraw has been received.

5.  Plaintiffs have been provided a copy of this motion and counsel explained that Plaintiffs have the right to object to this motion to withdraw, informed Plaintiffs of the date the motion would be filed, informed Plaintiffs that any response must be received by the court within

2

seventeen (17) days of the filing date and advised Plaintiffs that the response must be filed by counsel.

      6.      In addition, counsel has provided Plaintiffs with a list of recommendations for qualified replacement counsel that are admitted to practice in the District of South Carolina.

      7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 24th day of July 2023.

*[signature]*
Dustin T. Greene